UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

AMANDA ATKINSON,

                Plaintiff,

v.                                Case No. 3:21-CV-00449

MICHAEL J. REIS, and MICHAEL J. REIS
AND NANCY E. REIS TRUST,

                Defendants.

---

## ORDER APROVING TRANSFER OF SETTLEMENT PROCEEDS

---

Plaintiff has filed a Motion to Approve Transfer of Settlement Proceeds Into Special Needs Trust. The Defendants do not object to this motion. The Court makes the following findings and order:

1. It is appropriate and in the Plaintiff's best interests to place settlement proceeds into a special needs trust so that she does not lose eligibility for the government benefits she currently receives.
2. The settlement amount of $18,000 is reasonable.
3. Davis & Pledl, SC is authorized to transfer $12,000 from the Davis & Pledl, SC Client Trust Account to a Wispact Trust I Sub-Account for the benefit of Amanda Atkinson.
4. Davis & Pledl, SC is authorized to retain $6,000 for attorneys fees, costs and expenses for their representation of the Plaintiff in this case.

Dated: 3-01-22

BY THE COURT

_____
Hon. Stephen Crocker